**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **ZETTA SMITH,** | : | **CASE NO. 5:25-CV-00440-REW-MAS** |
| **PLAINTIFF,** | : | |
| | : | **JUDGE: ROBERT E. WIER** |
| **v.** | : | |
| | : | **MAGISTRATE JUDGE: MATTHEW A. STINNETT** |
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY D/B/A ALLSTATE,** | : | |
| **DEFENDANT.** | : | |

---

**JOINT STATUS REPORT**

---

Pursuant to the July 20, 2026, Order [Doc. #25 herein], Plaintiff Zetta Smith, and Defendant Allstate Vehicle and Property Insurance Company d/b/a Allstate, by and through their respective counsel, hereby jointly provide the following status update.

Discovery is nearly complete. The parties anticipate that if the case does not settle at the September 11, 2026 Mediation, one or two lay witnesses and each party's expert witness will be deposed.

The case is set for private Mediation on September 11, 2026.

Motions for Summary Judgment shall be filed by December 15, 2026; and Responses shall be filed by January 15, 2027.

Probable length of the trial is three to four days.

Date for a mutually convenient trial is March, 2027.

The parties consent to the jurisdiction of a United States Magistrate Judge for all purposes, including trial, pursuant to 28 U.S.C. § 636(c).

Respectfully submitted:

***/s/ Adam Hutchinson (permission via email 8/7/2026)***
Adam Hutchinson, Esq.
Denham Property and Injury Law Firm
250 West Main St., Suite 120
Lexington, KY 40507
hutch@denham.law
service@denham.law
*Attorney for Plaintiff*

***/s/ Anthony J. Iaciofano***
Anthony J. Iaciofano
Benjamin, Heather, Iaciofano & Bitter, LLC
Westlake Center
4555 Lake Forest Drive, Suite 650
Cincinnati, OH 45242
Email: ajiaciofano@bhiblaw.com
*Attorney for Defendant, Allstate Indemnity Insurance Company d/b/a Allstate*